IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-00083-M |
| | § | |
| INTERNATIONAL ASSOCIATION OF SHEET METAL AIR RAIL AND TRANSPORTATION WORKERS, et al., | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order. ECF No. 6. The Motion is **SET** for hearing on **January 24, 2022, at 1 p.m. CST**, via Zoom. The Zoom link will be emailed to counsel when it becomes available. Plaintiff shall provide notice of the hearing and the Zoom link to anyone Plaintiff believes is representing Defendants in this dispute.

In light of the Motion for Temporary Restraining Order, Plaintiff shall respond to the Court's January 18, 2022, Show Cause Order regarding venue (ECF No. 10) by **5 p.m. CST on January 21, 2022.**

**SO ORDERED**.

January 19, 2022.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE